IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCUS P. CHAPPLE                                              PLAINTIFF

v.              CASE NO. 4:18-CV-00068 BSM

TIM RYALS, et al.                                                    DEFENDANTS

## ORDER

The proposed recommended disposition [Doc. No. 23] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review, the recommended disposition is adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 16] is granted, and Chapple's claims are dismissed without prejudice based on his failure to fully exhaust his administrative remedies.

IT IS SO ORDERED this 8th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE